UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RIVERA HERNANDEZ,

Petitioner,

v.

GREGORY J. ARCHAMBEAULT, in his official capacity; *et al.*,

Respondents.

Case No.: 26-cv-5477-BJC-MMP

**ORDER SETTING BRIEFING SCHEDULE AND ISSUING STAY OF REMOVAL**

**[ECF No. 1]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: September 30, 2026

Honorable Benjamin J. Cheeks
United States District Judge